THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
Gerald Lancaster,       
Appellant,
 
 
 

v.

 
 
 
 Lovern Benn,       
 Respondent.
 
 
 

Appeal From Richland County
George M. McFaddin, Jr., Family Court 
 Judge

Unpublished Opinion No. 2003-UP-566
Submitted July 15, 2003  Filed September 30, 2003 

AFFIRMED

 
 
 
Mr. Gerald Lancaster, Sr., of Columbia, Pro Se, 
 for Appellant.
Ms. Lovern Benn, of Columbia, Pro Se, for Respondent.
 
 
 

PER CURIAM: Gerald Lancaster, Sr. (Father) 
 appeals pro se from the family courts order setting his child 
 support payments at $203 per week and requiring him to arrange and pay for a 
 paternity test.  We affirm [1] 
 pursuant to Rule 220, SCACR, and the following authorities:  Humbert 
 v. State, 345 S.C. 332, 548 S.E.2d 862 (2001) (requiring issues to be raised 
 to and ruled upon by the trial court to be preserved for appellate review); 
 Glasscock, Inc. v. U.S. Fidelity and Guar. Co., 348 S.C. 76, 81, 557 
 S.E.2d 689, 691 (Ct. App. 2001) (South Carolina law clearly states that short, 
 conclusory statements made without supporting authority are deemed abandoned 
 on appeal and therefore not presented for review.); Rule 17(a), FCRCP (In 
 domestic relations matters, even though the defendant does not file an answer 
 . . . [t]he defendant may be heard at the merits hearing on issues of custody 
 of children, visitation, alimony, support, equitable distribution, and counsel 
 fees.).
AFFIRMED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1]   We affirm this case without oral argument pursuant 
 to Rule 215, SCACR.